No. 03–8763.  MOORE v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 03–8764.  ARVISO v. ARIZONA.  Super. Ct. Ariz., County of Maricopa.  Certiorari denied.

No. 03–8770.  DORSEY v. NEVADA.  C. A. 9th Cir.  Certiorari denied.

No. 03–8772.  DOVE v. DONNELLY, SUPERINTENDENT, WENDE CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 03–8812.  JACKSON v. NEW JERSEY DEPARTMENT OF HUMAN SERVICES, DIVISION OF DEVELOPMENTAL DISABILITIES. Super. Ct. N. J., App. Div.  Certiorari denied.

No. 03–8813.  WOODS v. ROMANOWSKI, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 03–8816.  HARBISON v. BELL, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 03–8840.  CROWLEY v. ILLINOIS.  App. Ct. Ill., 2d Dist. Certiorari denied.

No. 03–8862.  JONES v. LOWE ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 03–8866.  THOMAS v. HOLMES, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE, ET AL.  C. A. 2d Cir. Certiorari denied.

No. 03–8868.  BOGGS v. WEST VIRGINIA.  Cir. Ct. Wood County, W. Va.  Certiorari denied.

No. 03–8881.  ALVES RODRIGUES v. ASHCROFT, ATTORNEY GENERAL.  C. A. 5th Cir.  Certiorari denied.

No. 03–8905.  RONDEAU v. RONDEAU.  Sup. Ct. N. H.  Certiorari denied.

No. 03–8921.  WRIGHT v. SACCHET, WARDEN, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 03–8930.  BANCROFT v. MAINE.  Sup. Jud. Ct. Me.  Certiorari denied.